# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL MOORE,** | : | |
| Petitioner | : | No. 1:15-cv-503 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN SPAULDING,** | : | (Magistrate Judge Carlson) |
| Respondent | : | |

## ORDER

**AND NOW**, on this 8th day of March 2016, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Carlson's Report and Recommendation (Doc. No. 12) is **ADOPTED**;

2. Accordingly, the petition for a writ of habeas corpus (Doc. No. 1) is **DENIED**;

3. Petitioner's motion for an extension of time (Doc. No. 11) is **DENIED** as moot;

4. The Clerk of Court is directed to close this case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania